Employee Statement of Earnings - Payroll Help: employeeselfservice.net

| | | | | | | Tax Exemptions |
|---|---|---|---|---|---|---|
| | | | | | | FED / M / Exemptions = 09 |
| Name | EE ID | Payroll Period | Pay Date | Payroll Payment | PS-Area | CA / M / Exemptions = 09 |
| MATTINGLY, MICHELE | 767579 | 03/01/11 To:03/31/11 | 04/05/11 Cert | DD*0764 | UT | |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Full Pay Illness  47.24 |
| CURRENT PAY | | | | | | | | | | Half Pay Illness  568.76 |
| Regular Time Pay | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | | 125.40 | | |
| C-Basis Salary | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | | | 6,078.15 | |
| Salary Spread Amount | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | | | 148.63 | |
| Holiday Pay | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | | 19.80 | | |
| Furlough Unpaid/Unwo | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | 59.84588 | 6.60 | 394.98- | |
| Masters Degree | 03/31/11 | C | 27 | 12 | 00767579 | 01865001 | 0.48 | 145.20 | 69.25 | District Paid Benefits |

| District Paid Benefits | |
|---|---|
| Anthem EPO-Active ER | 906.08 |
| EVC (K) ER | 7.48 |
| MetLife DPO ER | 58.78 |
| Employee Basic Life | 1.70 |
| District Paid STRS | 486.84 |

| Annualized Status | |
|---|---|
| Earned Amt | 45,087.00 |
| Paid Amt | 52,490.55 |
| Difference | 7,403.55- |

| Hours Summary | |
|---|---|
| Contract Hrs | 1,224 |
| Reported Hrs | 795 |
| Remaining Hrs | 428 |
| Fiscal Hrs Paid | 756 |

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| STRS EE | 472.08- | 2266.73- | Unitd Teachers L A Du | 57.42- | 229.68- | Gross | 5,901.05 | 28,334.19 |
| | | | Unitd Teach of L A Pre | 196.70- | 785.80- | Imputed Income | 0.00 | 0.00 |
| | | | The Calif. Credit Unio | 1300.00- | 5200.00- | Pre-Tax Deduct | 472.08- | 2,266.73- |
| | | | | | | Taxable Earnings | 5,428.97 | 26,067.46 |
| | | | | | | FED Withholding | 228.51- | 1,822.79- |
| | | | | | | FED ER Medicare | 85.57- | 410.85- |
| | | | | | | CA Withholding | 63.53- | 596.42- |
| | | | | | | Post-Tax Deduct | 1,554.12- | 6,216.48- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 472.08- | 2,266.73- | Total Post-Tax: | 1,554.12- | 6,216.48- | Total Net Pay | 3,497.24 | |

Message:The District has adjusted the method of payment for Instructional Coach & Temp Advisor differentials for CE
employees from monthly to an hourly payment following the Certificated Policy Guide A12a & A12b.If you did not earn
hours during this period you will not see a coach or advisor differential payment.Pls call 213.241.5103 for info.

Employee Statement of Earnings - Payroll Help | employee2@employer-employer.net

| | | | | | | | | Tax Exemptions |
|---|---|---|---|---|---|---|---|---|
| Name | EE ID | Payroll Period | Pay Date | Payroll | Payment | PS-Area | | FED / M / Exemptions = 09 |
| MATTINGLY, MICHELE | 767579 | 02/01/11 To:02/28/11 | 03/04/11 | Cert | DD*0764 | UT | | CA / M / Exemptions = 09 |

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross | Leave HRS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Full Pay Illness 47.24 |
| CURRENT PAY | | | | | | | | | | Half Pay Illness 568.76 |
| C-Basis Salary | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | | | 6,078.15 | |
| Reg CE SUB Assignmt | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | 28.84 | 5.28 | 152.29 | |
| Reg CE SUB Assignmt | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | 28.84 | 6.60 | 190.36 | |
| Holiday Pay | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | | 12.60 | | |
| Furlough Unpaid/Unwo | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | 59.58971 | 6.60 | 393.29- | |
| Masters Degree | 02/28/11 | C | 27 | 11 | 00767579 | 01865001 | 0.48 | 12.60 | 6.01 | |

District Paid Benefits

| | |
|---|---|
| Anthem BPO-Active ER | 906.08 |
| EVC (K) ER | 7.48 |
| MedLife DPO ER | 58.78 |
| Employee Basic Life | 1.70 |
| District Paid STRS | 497.77 |

Annualized Status

| | |
|---|---|
| Earned Amt | 36,397.38 |
| Paid Amt | 46,658.75 |
| Difference | 10,261.37- |

Hours Summary

| | |
|---|---|
| Contract Hrs | 1,224 |
| Reported Hrs | 643 |
| Remaining Hrs | 580 |
| Fiscal Hrs Paid | 610 |

| Pre-Tax Deductions | Current | YTD | Post-Tax Deductions | Current | YTD | Totals | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| STRS EE | 482.68- | 1794.65- | Unitd Teachers L A Du | 57.42- | 172.26- | Gross | 6,033.52 | 22,433.14 |
| | | | Unitd Teach of L A Pre | 196.70- | 590.10- | Imputed Income | 0.00 | 0.00 |
| | | | The Calif. Credit Unio | 1300.00 | 3900.00- | Pre-Tax Deduct | 482.68- | 1,794.65 |
| | | | | | | Taxable Earnings | 5,550.84 | 20,638.49 |
| | | | | | | FED Withholding | 246.79- | 1,594.28- |
| | | | | | | FED EE Medicare | 87.49- | 325.26- |
| | | | | | | CA Withholding | 71.58 | 532.89- |
| | | | | | | Post-Tax Deduct | 1,554.12- | 4,662.36- |
| | | | | | | Non-Tax Reimburs | 0.00 | 0.00 |
| Total Pre-Tax: | 482.68- | 1,794.65- | Total Post-Tax: | 1,554.12- | 4,662.36- | Total Net Pay | 3,590.86 | |

Message: