FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Michele Mattingly
**SSN:** xxx–xx–8504
**EIN:** N/A
aka Michele Lea Mattingly, aka Michele Mattingly Edelman, aka Michele Mattingly Jackson, aka Michele Jackson, aka Michele M Mattingly, ...

18337 Arminta Street
Reseda, CA 91335

**BANKRUPTCY NO.** 1:11–bk–15319–MT
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: August 23, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc

**18 / RTO**